ANNA DUNFEE et al., as Executors of JOHN DUNFEE, Deceased, Respondents, *v.* JOSEPH DUNFEE, Defendant, and EMPIRE STATE SURETY COMPANY, Appellant.

*Dunfee* v. *Dunfee,* 145 App. Div. 108, affirmed.
(Argued March 7, 1912; decided March 26, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 12, 1911, affirming a judgment in favor of plaintiffs entered upon a verdict in an action upon a surety bond.

*Benjamin Reass* for appellant.

*John W. Hogan* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

———————

THE LUDLOW REALTY COMPANY, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Ludlow Realty Co.* v. *City of New York,* 144 App. Div. 941, affirmed.
(Argued March 7, 1912; decided March 26, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 14, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to determine a claim to real property.

*Archibald R. Watson, Corporation Counsel (Francis J. Byrne* and *Theodore Connoly* of counsel), for appellant.

*James L. Bishop, Francis M. Jencks* and *Clarence L. Westcott* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.